# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
52 MAP 2016

| | | |
|---|---|---|
| SALADWORKS, LLC AND WESCO INSURANCE COMPANY | : | No. 971 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (GAUDIOSO AND UNINSURED | : | |
| EMPLOYERS GUARANTY FUND) | : | |
| | : | |
| | : | |
| PETITION OF: UNINSURED | : | |
| EMPLOYERS GUARANTY FUND | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is whether a franchisor may be subject to liability as a statutory employer under Section 302(a) of the Workers' Compensation Act?